PD-1472-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 4:43:16 PM
Accepted 2/12/2015 4:53:39 PM
ABEL ACOSTA
CLERK

# THE LAW OFFICES OF GREG GRAY

*Principal Office*
1012 Ridge Road
Rockwall, Texas 75087
(972) 771-5525
(972) 772-7780 FAX
ggray@ggraylawfirm.com

FILED IN
COURT OF CRIMINAL APPEALS

February 12, 2015        February 13, 2015

ABEL ACOSTA, CLERK

*Via eFile*
Office of the Clerk
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

RE:     *Richard Lee Rabb  v. The State of Texas*; No. PD-1472-14;
        Court of Criminal Appeals of Texas at Austin
        COA No. 07-11-00078-CR

Dear Clerk:

By this letter I am notifying the Court that I represent Mr. Rabb in the above referenced matter.

If you have any questions, please feel free to contact my office.

Sincerely,

Greg Gray

CC:     *Via eService*
        Lisa C. McMinn
        State Prosecuting Attorney's Office
        P.O. Box 13046
        Austin, Texas 78711